IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESUS VALDEZ MARTINEZ, JR., <br><br> Defendant. | CR 21–06–BLG–DLC <br><br><br> ORDER |

Before the Court is the United States' motion for a final order of forfeiture. (Doc. 28.) Having fulfilled the publication requirements outlined by this Court's preliminary order of forfeiture (Doc. 26), and without assertion of any third-party interests, the United States now moves to make it final.

Accordingly, IT IS ORDERED that the motion (Doc. 28) is GRANTED.

IT IS FURTHER ORDERED that, if it has not already, the United States shall seize the following property:

- $208 in United States currency;
- $8,500 in United States currency;
- $3,040 in United States currency;
- $73,887 in United States currency; and

1

- a HS Produkt (IM METAL), model XDE, 9mm, semi-automatic pistol (S/N: HE914112); and
- 9 rounds of 9mm ammunition.

IT IS FURTHER ORDERED that the right, title, and interest in the above-described property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law.

IT IS FURTHER ORDERED that all forfeited funds shall be deposited forthwith by the United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with 21 U.S.C. § 853(n)(1).

IT IS FURTHER ORDERED that the Clerk of Court is directed to send copies of this Order to all counsel of record and the defendant, as well as three certified copies of this Order to the United States Marshals Service.

DATED this 13th day of July, 2021.

_____
Dana L. Christensen, District Judge
United States District Court